UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21−cv−02098−CJC−DFM          Date  5/7/2021
Title      KIMBERLY FRAZIER V. SCHWARZBLATT FAMILY LLC ET AL

Present: The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

|  Cheryl Wynn  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present                          None Present

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

   The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [12], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

                                                              _  :  _
                                    Initials of Deputy Clerk:  cw